**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/watch/?v=272369518956537

